# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYNA RAMIREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>HOME DEPOT,<br><br>  Defendant. | Case No.  1:23-cv-00983-SAB<br><br>AMENDED SCHEDULING ORDER |

On June 29, 2023, Defendant Home Depot removed this matter from Stanislaus County Superior Court.  (ECF No. 1.)  On October 5, 2023, the scheduling order issued in this matter. (ECF No. 13.)  On June 7, 2024, the parties filed a stipulation to amend the October 5, 2023 scheduling order to extend the deadline to conduct nonexpert discovery.  (ECF No. 14.)

Based on the stipulation of the parties, and finding good cause, the October 5, 2023 scheduling order is amended and the deadline to conduct nonexpert discovery is extended to October 4, 2024.  The Court's October 5, 2023 scheduling order shall remain in effect in all other respects.

IT IS SO ORDERED.

Dated:  **June 10, 2024**

UNITED STATES MAGISTRATE JUDGE

1