# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAYNA RAMIREZ,<br><br>          Plaintiff,<br><br>     v.<br><br>HOME DEPOT,<br><br>          Defendant. | Case No. 1:23-cv-00983-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 18)<br><br>**OCTOBER 28, 2024 DEADLINE** |

On September 12, 2024, the parties filed a notice of settlement of this action. (ECF No. 18.) The parties proffer that they will file dispositive documents within forty-five days. The Court finds good cause grant the parties' request. See L. R. 160(b).

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositional documents on or before **October 28, 2024**.

IT IS SO ORDERED.

Dated:   **September 12, 2024**

UNITED STATES MAGISTRATE JUDGE

1